UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSTITUTE OF CHEMICAL ENGINEERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, <br><br> Defendants. | Civil Action No. 26-1063 (APM) |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME AND
PARTIES' JOINT STATUS REPORT**

Defendants Christopher Wright, in his official capacity as Secretary of Department of Energy; the Department of Energy; Russell Vought, in his official capacity as Director of the Office of Management and Budget; and Office of Management and Budget (collectively, "Defendants") and Plaintiffs American Institute of Chemical Engineers, Earth Advantage, Inc., Karpman Consulting, LLC, Native Sun Community Power Development, New Buildings Institute, Proton Energy Systems, Inc., and RCAM Technologies, Inc. (collectively, "Plaintiffs"), jointly submit this status report.

1.      Pursuant to Federal Rule of Civil Procedure 6(b), Defendants respectfully move to extend their deadline to answer or respond to Plaintiffs' Complaint—from June 1, 2026, to June 15, 2026. Counsel for Defendants conferred with Plaintiffs under Local Civil Rule 7(m). Plaintiffs consent to the relief sought herein. There is good cause for this first requested extension, as the parties are negotiating a stipulated judgment to resolve the matter. This motion is filed in good faith, not for purposes of gaining any unfair advantage through delay, and is supported by good

cause. There are not yet other deadlines in this case. Finally, it is not anticipated that granting this motion will unduly prejudice Plaintiffs nor will it adversely affect this Court's orderly administration of this matter.

2.        In furtherance of the parties' negotiations toward a stipulated judgment, the parties jointly request a continuance of the Rule 16 Scheduling Conference, currently scheduled for June 2, 2026 at 9:00 a.m., to a date subsequent to June 15, 2026. The parties will advise the Court if the Scheduling Conference is no longer needed.

Dated: June 1, 2026
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Daniel F. Jacobson*
Daniel F. Jacobson (D.C. Bar 1016621)
Stephen K. Wirth (D.C. Bar 1034038)
John Robinson (D.C. Bar 1044072)
JACOBSON LAWYERS GROUP PLLC
5100 Wisconsin Ave. NW, Suite 301
Washington, DC 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Attorneys for Plaintiffs*

By:              */s/ Allison I. Brown*
   ALLISON I. BROWN
   Assistant United States Attorney
   601 D Street, NW
   Washington, DC 20530
   (202) 252-7822
   allison.brown2@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN INSTITUTE OF CHEMICAL ENGINEERS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CHRISTOPHER WRIGHT, in his official capacity as Secretary of Energy, *et al.*, <br><br> Defendants. | Civil Action No. 26-1063 (APM) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' consent motion for an extension of time to answer/respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have through and including June 15, 2026, to file an answer or response to the Complaint; and it is further

ORDERED that the Scheduling Conference calendared for June 2, 2026, is continued to a date to be determined and communicated by Minute Order.


SO ORDERED:


_____                    _____
Dated                                                                          AMIT P. MEHTA
                                                                                     United States District Judge